UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
STEMCOR UK LTD.,

                       Plaintiff,

    -against-

INDIAN OVERSEAS BANK,

                     Defendant.
------------------------------------------------------------ x

**ORDER DECLINING TO ISSUE MARITIME ATTACHMENT**

09 Civ. 1157 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

       On February 13, 2009, Plaintiff Stemcor UK Ltd. filed a Verified Complaint praying for issuance of an order of maritime attachment pursuant to Adm. Supp. R. B, Fed. R. Civ. P. Because the conditions set forth in Rule B do not appear to exist, I decline to issue a maritime attachment. The claim for relief alleged in the complaint is a claim for goods sold and delivered. The fact that the goods were transported by ocean vessel is adventitious.

       SO ORDERED.

Dated:       February *17*, 2009
               New York, New York

                                           ALVIN K. HELLERSTEIN
                                           United States District Judge



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/09